IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-48 |
| | ) | |
| ERIC BLACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, ERIC BLACKSON, as a result of the Indictment returned against him on May 2, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 5/2/06

**AND NOW**, this 2 day of May, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of ERIC BLACKSON.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAY 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE