UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
                               )   CASE NO. CR 06-48
        vs.                    )
   Eric Blackson               )
                               )
            Defendant.         )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *May 11, 2006* requested, through counsel, additional time to file pretrial motions.  The Court having considered the request,  it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *June 29, 2006* The time between the date of this order and *June 29, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

MAY 1 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE