AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

ERIC BLACKSON

**WARRANT FOR ARREST**

Case Number: CR 06-48-UNA

To: The United States Marshal
and any Authorized United States Officer


SE~~A~~LED  UNSEALED 7/26/06 KJK

YOU ARE HEREBY COMMANDED to arrest   **ERIC BLACKSON**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO DISTRIBUTE MORE THAN 5 KILOGRAMS OF COCAINE - ( COUNT I );
POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 5 KILOGRAMS OF COCAINE - ( COUNT II );
MONEY LAUNDERING - ( COUNTS III THRU V )

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846 _____

PETER T. DALLEO
Name of Issuing Officer

BY: _____ : DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MAY 3, 2006 AT WILMINGTON, DE
Date and Location

FILED
MAY 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS - DE

| DATE RECEIVED 5/11/06 | NAME AND TITLE OF ARRESTING OFFICER Scott Duffey, FBI | SIGNATURE OF ARRESTING OFFICER Scott Duffey |
|---|---|---|
| DATE OF ARREST 5/11/06 | | |