IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No.  06-48-KAJ |
| | ) | |
| ERIC BLACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed. The Defendant has no objection to the unsealing of the file.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: July 25, 2006

AND NOW, this 26th day of July, 2006, upon the foregoing Motion, it is ORDERED that the Indictment and file in the above-captioned case are hereby unsealed.

/s/ Kent A. Jordan
Honorable Kent A. Jordan
United States District Judge

FILED
JUL 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-48-KAJ |
| ) | |
| ERIC BLACKSON ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on July 25, 2006, I filed the foregoing:

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

by causing two copies of said document to be hand delivered to counsel of record as follows:

Gordon L. McLaughlin, Esquire
1203 North Orange Street
Wilmington, Delaware 19801

*Sharon L. Bernardo*