IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-48-KAJ |
| ERIC BLACKSON, ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that

1. A Rule 11 hearing has been scheduled for **August 22, 2006 at 3:30 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.;

2. The defendant Eric Blackson is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, at **3:00 p.m.** on August 22, 2006; and

3. In the interest of justice, the time between August 11, 2006 and the date of the change of plea hearing shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
UNITED STATES DISTRICT JUDGE

August 11, 2006
Wilmington, Delaware