LAW OFFICES OF

## GORDON L. McLAUGHLIN
ATTORNEY AT LAW
1203 NORTH ORANGE STREET
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 651-7979
FAX (302) 651-7976

GORDON L. McLAUGHLIN

August 15, 2006

**HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

    RE:  **United States of America v. Eric Blackson**
          **Cr.A. No.:   06-48 (KAJ)**

Dear Judge Jordan:

    I am in receipt of the Court's Order scheduling the plea in this matter for August 22, 2006 at 3:30 p.m. The purpose of my letter is to request that this matter be moved back to 4:00 p.m. as I have a previously scheduled matter in Family Court at 1:00 p.m.. **State v. Gabrielle Turtoro**, and would like to avoid having to reschedule same and/or possibly arriving late for Mr. Blackson's hearing. I would appreciate Your Honor accommodating my request, if possible, or the rescheduling of the hearing. Please note that I was using a calendar that did not have the entry of the Family Court matter.

    Should Your Honor have any questions or require any thing further, please do not hesitate to contact my office. I apologize for any inconvenience this request may cause the court.

                                    Very truly yours,

                                    GORDON L. McLAUGHLIN

GLM/rtw
cc:  Richard Andrews, Esquire
     Mr. Eric Blackson
C:\REA\WPFILES\BLACKSTON\JORDAN\LETTER