LAW OFFICES OF
## GORDON L. McLAUGHLIN
ATTORNEY AT LAW
1203 NORTH ORANGE STREET
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 651-7979
FAX (302) 651-7976

GORDON L. McLAUGHLIN

October 23, 2006

**HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

    RE:  **United States of America v. Eric Blackson**
          <u>**Cr.A. No.:    06-48 (KAJ)**</u>

Dear Judge Jordan:

    As Your Honor is aware Mr. Blackson is scheduled for sentencing on Thursday, November 30, 2006. I am enclosing herewith a copy of a letter I received from Mrs. Blackson on behalf of her husband and family. I am also sending a copy of this letter to Mr. Matthews, the Presentence officer, for the file. I would appreciate Your Honor considering this letter prior to sentencing. I hope this is a case where the court and government shows mercy and grace as opposed to vengeance.

    Should Your Honor have any questions or require anything further, please do not hesitate to contact my office.

                                  Respectfully yours,

                                  GORDON L. McLAUGHLIN

GLM/rtw
cc:  Mr. Walter Matthews (Presentence Officer)
      Richard Andrews, Esquire
      Mr. Eric Blackson
      Ms. Karen Blackson
C:\REA\WPFILES\BLACKSTON\JORDAN\LETTER

Karen Blackson
10 E Abbey Dr
Townsend DE 19734


The Honorable Kent A. Jordon
United States District Court
844 North King Street
Wilmington, DE 19801

RE: United States Vs. Eric Blackson
    CR. A. No. 06-48 (KAJ)

Dear Judge Jordon:

Eric Blackson and I Karen Blackson have been married for 14 years. We have 2 children Bria 12 and Eric Jr. 10. My husband is a loving and caring father and husband. Eric is a family man. We do everything together as a family. We go to church every Sunday. We are members of Alpha Baptist Church in Wilmington DE. Eric values family and we hold family dinner in our home once a month. Eric is all about keeping our families together on a regular base, not just weddings and funerals. My husband is not a bad person and always do what he can to help others. Your Honor my children have never spent time away from their father and they are devastated. Your Honor this is heavy on my heart to see my children go through this. They are good honor roll students who just don't understand.

Your Honor I ask that you have mercy on my husband Eric, our 2 children Bria and Eric Jr. and myself Karen Blackson? Our family fate is in your hands. If you can find it in your heart to allow my husband Eric Blackson to continue to work at Active Radiator. Per owner Marty Newell of Active Radiator Eric's work is still available to him full time.

Your honor we no longer have medical insurance. Our son have Asthma and use medication daily. Eric Jr was hospitalized for a couple of days, earlier this year due to severe Asthma attack. We had medical coverage at the time, thank God. Your Honor I can not afford to pay the mortgage, utilities, food and our son's asthma medication on just my disability check. I receive a disability check due to a bad car accident in June 2005 and was unable to continue to work. I am 38 years old and have never been without work. I've worked since I was 16 years old. I also worked while enrolled in school. My husband has always worked since I met him in November 2000. Since we've been married Eric has always held 2 jobs to help support our family. Your honor my accident have caused a hardship on our family. We can lose everything we worked so hard and long for. Everything we have, we made sacrifices and worked and saved for.

Your honor I ask that you give our family a second chance. My husband have learned a huge lesson in the small role he played in this case. Please don't allow my husband to lose his job.

Again, I ask that you find it in your heart to give our family a second chance.

Sincerely,

Karen Blackson