LAW OFFICES OF

# GORDON L. MCLAUGHLIN
ATTORNEY AT LAW
1203 NORTH ORANGE STREET
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 651-7979
FAX (302) 651-7976

GORDON L. McLAUGHLIN

November 7, 2006

**HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

    RE: **United States of America v. Eric Blackson**
         **Cr.A. No.:   06-48 (KAJ)**

Dear Judge Jordan:

    Enclosed please find copies of letters of recommendation that I received on behalf of Mr. Blackson. The authors of the letters request that Your Honor consider them when deciding and handing down your sentence on November 30, 2006. As Your Honor can see I think it is fair to say that these individuals are the ones who really know Eric well and knew that his behavior in this instant matter was a terrible aberration from how he normally conducted his life. I think it is obvious that had it not been for his wife's accident and inability to work he would not have found himself in this situation. I think it is also obvious that he will not be in this situation again.

    Should Your Honor have any questions or require anything further, please do not hesitate to contact my office.

                        Respectfully yours,

                        GORDON L. McLAUGHLIN

GLM/rtw
cc: Mr. Walter Matthews (Presentence Officer)
    Richard Andrews, Esquire
    Mr. Eric Blackson
    Ms. Karen Blackson
C:\REA\WPFILES\BLACKSTON\JORDAN\LETTER

October 24, 2006

Mr. & Mrs. Thomas Douglas
121 W. Abbey Dr.
Townsend, DE 19734

The Honorable Kent A. Jordan
United States District Court
Lock Box 10
844 North King Street
Wilmington, DE 19801

RE: United States-vs-Eric Blackson
    CR. A. No 06-48(KAJ)

Dear Judge Jordan:

 My name is Alonia Wheeler. My husband and I are retired New York City Correction Officers. We served the department for twenty years. In that career you come across every walk of life and become pretty good judge of character.

 We've known Eric Blackson for approximately two years and consider him a good friend. He's always been willing to lend a help and hand when needed. He's a remarkable father and husband. We've done family gatherings on numerous occasions. We have witnessed first hand how he interacts with his family, especially his son and lets not forget daddy's little girl. To remove him from their lives at this crucial developmental stage would be completely detrimental to there development. My prayer is that you would take our feelings and judgement into strong consideration and make a decision that would allow him to be the provider of his family, that is needed.

Sincerely,

*Alonia Wheeler-Douglas*
*Thomas Douglas*

Mrs. Alonia Wheeler-Douglas
Mr. Thomas Douglas

Andrea Arnold
146 E Walnut Ln
Phila Pa 19144

10-26-06

The Honorable Kent A. Jordan
United States District Court
844 N King Street
Lock Box 10
Wilmington, DE 19801

RE: United States vs Eric Blackson
Cr. A. No: 06-48 (KAJ)

Dear Judge Jordan:

My name is Andrea Arnold. Eric Blackson is my son-in-law. I love him very much, as if he were my own son. We all miss Eric very much so. Eric have been a part of our family for the past sixteen years. He has been an inspiration to our family. Eric is not just an inspiration to his wife and two children. He is an inspiration to the extended family also. Eric is very handy and smart. Since the passing of my husband, Eric have helped me a great deal fixing things around the house. I can call on him at any time of the day or night. Eric always say, mom I'll be right there. Eric always come when we need him, with tools in hand. I thank GOD, my husband got to spend four good years with Eric. My husband was very comfortable and honored to give our daughter's hand in marriage, to Eric.

The one thing my husband asked Eric was how did he intend to take care of our daughter. The first thing Eric said was "I will work two jobs if I have to" and that he did. I know Eric will continue to work two jobs if need be. Eric and my daughter have always set goals. I have witnessed first hand goals that they have already achieved together. Your honor, Eric and Karen lived in my home over two years, after selling their home. They sold their home and moved with me to save for their dream home. I saw first hand the sacrifices they made to get where they are. They have really worked hard and I am very proud of them. They are raising two beautiful children, who is very smart and talented. My granddaughter Bria is 12 years old. Bria can cook ful course meals and is an excellent baker. Bria have made several Birthday cakes for family and friend. These cakes are homemade and is professionally decorated with 3-D characters. Your honor I am saying this to say my daughter and son-in-law had plans on building a commercial Kitchen in their basement for my 12 year old granddaughter. My granddaughter was so excited about getting her business license and getting the new kitchen in the basement. Needless to say she is devastated and miss her daddy very much. My grandson, Eric is an excellent football player. My grandson have been playing football for the last 5 years. Eric is very active in his children life. With my son-in-law, being away it is affecting my grand son's grades in school. Your honor, all I hear from my grandchildren is when my daddy come home I'm going to play ball with him.

My daddy is this, my daddy is that. They are missing him so much. Your honor they just children who is going through this and not understanding. They have never spent time away from their father. I feel so, so sad for them it hurts. Please Your Honor, Please bring this happy family back together. I know you can make it happen. Can you please find it in your heart to make it happen.

Thank you so very much for your time

Sincerely,

Andrea Arnold
Mother-In-Law

Keal Holland
542 West Chew Avenue
Philadelphia, PA 19120-2229
(215) 276-0057

**RE: Eric Blackson**
**CR. A. No 06-48 (KAJ)**

Dear Judge Jordan,

My Name is Keal Holland and I work for the City of Philadelphia as a Bail refund processor for seventeen years.

I have known Eric Blackson for approximately 16 years. He married my best girl friend 14 years ago. Your Honor, Eric is a very nice person. My husband and I really admire him.

Eric cooks dinner and do the laundry for his family every Sunday after church. They always sit down for dinner as a family. Even with working two jobs Eric always found time to for his children Bria and little Eric. Needless to say Eric is an excellent husband, who really stepped in when his wife Karen was injured in a car accident. Eric have never complained about the work that he have to do around the house after getting off of work. Your honor, Karen really depends on her husband a great deal due to her car accident and financially. Karen, Bria and Little Eric Love him very much and need their family to be whole again. Judge Jordan only you can make this happen. Eric is a hard working man who Loves his family very much and it shows.

I pray that you can see Eric is a decent man and do not belong behind bars. We all miss him very much.

Thank you for your time and consideration in this serious, depressing matter.

Sincerely,

*Keal Holland* 10-20-06

Keal L. Holland
Concerned Friend

Karen Blackson
10 E Abbey Dr
Townsend DE 19734


The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

RE: United States Vs. Eric Blackson
    CR. A. No. 06-48 (KAJ)

Dear Judge Jordan:

Eric Blackson and I Karen Blackson have been married for 14 years. We have 2 children Bria 12 and Eric Jr. 10. My husband is a loving and caring father and husband. Eric is a family man. We do everything together as a family. We go to church every Sunday. We are members of Alpha Baptist Church in Wilmington DE. Eric values family and we hold family dinner in our home once a month. Eric is all about keeping our families together on a regular base, not just weddings and funerals. My husband is not a bad person and always do what he can to help others. Your Honor my children have never spent time away from their father and they are devastated. Your Honor this is heavy on my heart to see my children go through this. They are good honor roll students who just don't understand.

Your Honor I ask that you have mercy on my husband Eric, our 2 children Bria and Eric Jr. and myself Karen Blackson? Our family fate is in your hands. If you can find it in your heart to allow my husband Eric Blackson to continue to work at Active Radiator. Per owner Marty Newell of Active Radiator Eric's work is still available to him full time.

Your honor we no longer have medical insurance. Our son have Asthma and use medication daily. Eric Jr was hospitalized for a couple of days, earlier this year due to severe Asthma attack. We had medical coverage at the time, thank God. Your Honor I can not afford to pay the mortgage, utilities, food and our son's asthma medication on just my disability check. I receive a disability check due to a bad car accident in June 2005 and was unable to continue to work. I am 38 years old and have never been without work. I've worked since I was 16 years old. I also worked while enrolled in school. My husband has always worked since I met him in November 1990. Since we've been married Eric has always held 2 jobs to help support our family. Your honor my accident have caused a hardship on our family. We can lose everything we worked so hard and long for. Everything we have, we made sacrifices and worked and saved for.

Your honor I ask that you give our family a second chance. My husband have learned a huge lesson in the small role he played in this case. Please don't allow my husband to lose his job.

Again, I ask that you find it in your heart to give our family a second chance.

Sincerely,


Karen Blackson

Dear Judge Jordan,

My name is Bria Blackson. And I am Eric Blackson Sr 12 year old daughter.

I really miss my dad. I miss my dad acting silly with my brother and me when we're suppose to be good and eating dinner.

It makes me really sad that my dad is not here to help me with my homework and other things I need help with.

When my dad was here he was the one who tasted all of my new cooking experiments, now he's not here to do that. Just weeks ago I made double chocolate chip cookies and he wasn't able to taste them and tell me how they taste. I also made fish for the first time and he wasn't here to taste it. My dad always encourage me to keep up the good work.

When we go out with my dad and I ask for McDonalds we get it most of the time, now when I ask my mom for McDonalds she always say "I don't have any money.

When I'm out and people ask me where's your dad, it makes me feel sad.

Judge Jordan can you please let my dad come home so we can be a happy family again.

Sincerely,
Bria Blackson

because he spends time with me. Can you please let my Dad come home because I need him. When I say my prays every night I pray for my Dad to come home.

From,
Eric Blackson

Dear Judge Jordan

My name is Eric Blackson Jr. My father name is Eric Blackson Sr. I miss my Dad because I don't have no one to practice football with. My Dad is also missing my football games and he's missing all of my touchdowns. My Dad would be so happy to see me make those touchdowns. My Dad always take me to football practice and the games. My mom never pay attention at football practice. My Dad and I always talk about what happens at practice, now I don't have anybody to talk to about it and that make's me upset. I need my father there to coach me on the field. My Mom can't play catch with me because I don't want her in pain. I feel upset that he can't see how hard I hit them. I miss my Dad giving me a hug and kiss goodnight. My Dad always gets us in trouble at the dinner table because he always makes my sister and I laugh and my Mom yells at all three of us and we laugh even harder then my mom starts to laugh. I always wait until my Dad gets home from work

November 1, 2006

Dear Judge Jordan:

RE: Eric Blackson

I am writing on behalf of Eric Blackson, in hopes to shed some light on the person that I have worked with for the past three (3) years. Eric is indeed a good friend and co-worker and on several occasions, he has given me good advice. Eric has helped me to become a better welder as well as a person. Eric has given me advice about marriage and this advice has allowed my wife and me to continue a happy home and he express this love towards our children.

Eric is very well liked at our company by his co-workers and management and his opinion at Active Radiator is truly valued. Eric has in one way or another helped everyone in our department to become a better person. We at Active Radiator miss his presents and skills but more importantly his caring.

Eric has invited my family to his home to spend time with his family and friends and to see Eric inter-act with his family and friends was a honor. It is my hope that he is given another opportunity to be with his family and friends for he is well needed in the community.


Sincerely


Butch Edwards

November 3, 2006

To Whom It May Concern:

I am writing this letter in regards to Eric Blackson. I would first like to say that I have known Eric for (3) years now threw his wife Karen, and I can honestly say that if anyone deserves a chance Eric would be that person. The reason why I say this, I have always known Eric to be a very caring and dedicated friend. I have also known him to always try to assist anyone in there time of need, without hesitation.

Eric has been a positive member in his community. At any given time, you could catch him helping one of the elderly members of the community with groceries, cutting their grass or even giving them a ride. You could also catch Eric talking with some of the younger members of the community, trying to direct them in a more positive lifestyle.

Eric has been a dedicated husband and father, and I feel as though his family needs him greatly. Given the opportunity, I am quite sure that Eric would do what he needs to do to avoid further disruptions in his life.

It is my hope and prayer that Eric returns home to his family and friends we all need him.


Sincerely
Nafeesa Taylor

October 25, 2006

The Honorable Judge Kent Jordan
United States District Court
844 N. King Street
Lockbox 10
Wilmington, DE 19801

    RE: United States vs. Eric Blackson
        CR. A. #NO. 06-48 (KAJ)

Dear Judge Jordan:

My name is Carolyn Moses and I am writing to you on behalf of Eric Blackson.

I have known Eric for several years and since the time I have known him; he has not only shown himself to be a friend, but also a brother. Eric and his wife, Karen is the Godparents of my daughter, Le'Niece who is now 4 years old. On many occasions, I have called Eric for assistance during the time my husband was away. One time in particular, I remember we had a terrible snow storm and the heat was shut off because snow got into the heater, it would only blow out cold air and it was freezing! Although there was a State of Emergency called for the state of Delaware, Eric insisted that he come and take a look at it. However, I finally convinced him even if he came, he would not be able to get to the house because our driveway was filled with over a feet of snow. Eric refused to give up and suggested that it could be a number of things that could be the problem and finally he was able to pinpoint exactly where the problem came from. I was and am ever grateful for him persevering with me. Eric is an individual who is a kind, considerate and a compassionate individual He always is there to lend a hand no matter what it is.

Eric's family and my family are very closed-knit and we spend many holidays and special occasions together and it really upsets us that in the past few months we have not had the privilege of spending any time with him.

Judge Jordan, I pray that God will grant you the wisdom, knowledge and understanding in making a decision for Eric's destiny.

Thanking you in advance for your cooperation.

Carolyn D. Moses