IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                        )<br>            Plaintiff,                   )<br>                                                        )<br>        v.                                          )    Criminal Action No. 06-48-KAJ<br>                                                        )<br>ERIC BLACKSON,                     )<br>                                                        )<br>            Defendant.              )  | |

### ORDER

At Wilmington this **21st** day of **November, 2006**,

IT IS ORDERED that the sentencing hearing presently set for **November 30, 2006 at 12:30 p.m.** is hereby rescheduled to **December 4, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

              /s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE